FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

MAR 2 0 2014

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CANDACE EVERETT,               )
                               )
         Plaintiff,            )
                               )  Case No. 2:13-CV-00277-WCO
v.                             )
                               )
ETCON, INC., ETCON HR, INC.,   )
and BONNIE WOOD dba            )
ETCON EMPLOYMENT               )
SOLUTIONS,                     )
                               )
         Defendants.           )

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. The Court has considered the parties' motion and reviewed the settlement agreement submitted. Accordingly, based upon the motion and for good cause shown, it is hereby

**ADJUDGED** that the settlement agreement is **APPROVED**. This case is **DISMISSED** with **PREJUDICE** with the parties bearing their own fees and costs.

So ordered this 20th day of March, 2014.

_____
United States District Court Judge